UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**STRATEGIC TURNAROUND EQUITY PARTNERS, L.P. (CAYMAN),**
　　　　　　　Plaintiff(s),

Case No.　2:10-cv-11305

v.

Judge　Stephen J. Murphy, III

**JOHN FIFE, et al.,**
　　　　　　　Defendant(s).

Magistrate Judge　Michael J. Hluchaniuk

/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,　　**Defendant Fife Trading, Inc.**

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐　　NO ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐　　NO ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: April 7, 2010

Signature: /s/ Josh J. Moss (P64406)
Bar No.
Barris, Sott, Denn & Driker, P.L.L.C., 211 W. Fort Street, 15th Fl
Street Address
Detroit, MI 48226
City, State, Zip Code
313-965-9725
Telephone Number
jmoss@bsdd.com
Primary Email Address

390555.3