UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STRATEGIC TURNAROUND EQUITY
PARTNERS, L.P. (Cayman),

                      CASE NO:  10-cv-11305

          Plaintiff,

-vs-                                 JUDGE:  Stephen J. Murphy, III

JOHN FIFE, et al,

          Defendants.

_____

**UNITED AMERICAN HEALTHCARE CORPORATION'S AND
THOMAS GOSS'S RENEWAL OF THEIR MOTION TO DISMISS**

Defendants United American Healthcare Corporation and Thomas Goss hereby respectfully renew their motion to dismiss (Docket Entry 35).  Additional support for such renewal can be found in the attached brief in support.

                                        Respectfully submitted,

                                        HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                        *Attorneys for United American Healthcare Corp. and Thomas Goss*

Dated: June 25, 2010              By:   s/ Brian T. Quinn
                                             Kenneth T. Brooks (P33834)
                                             Brian T. Quinn (P66272)
                                             222 North Washington Square, Suite 400
                                             Lansing, Michigan  48933-1800
                                             (517) 377-0735
                                             kbrooks@honigman.com
                                             bquinn@honigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STRATEGIC TURNAROUND EQUITY
PARTNERS, L.P. (Cayman),

                              CASE NO:  10-cv-11305

               Plaintiff,

-vs-                                          JUDGE:  Stephen J. Murphy, III

JOHN FIFE, et al,

               Defendants.

_____

**UNITED AMERICAN HEALTHCARE CORPORATION'S AND THOMAS GOSS'S BRIEF IN SUPPORT OF RENEWAL OF THEIR MOTION TO DISMISS**

On April 28, 2010, Defendants United American Healthcare Corporation ("UAHC") and Thomas Goss filed a motion to dismiss Plaintiff Strategic Turnaround Equity Partners' ("STEP") Supplemental Amended Complaint (Docket Entry 8) in its entirety.  Docket Entry 35.  Subsequently, and in response to this Court's request during a June 15, 2010 hearing, STEP filed a First Supplemental Amended Complaint in this action on June 17, 2010.  Docket Entry 51.  In light of STEP's First Supplemental Amended Complaint, which, with the exception of the jurisdictional allegations, contains identical counts and allegations as those found in STEP's previous complaint, UAHC and Mr. Goss hereby renew their motion to dismiss for the reasons previously stated in that motion and accompanying brief in support of that motion.

                    Respectfully submitted,

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP
*Attorneys for United American Healthcare Corp. and Thomas Goss*

Dated: June 25, 2010          By:   s/ Brian T. Quinn
                                      Kenneth T. Brooks (P33834)
                                      Brian T. Quinn (P66272)
                                      222 North Washington Square, Suite 400
                                      Lansing, Michigan  48933-1800
                                      (517) 377-0735
                                      kbrooks@honigman.com
                                      bquinn@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, I electronically filed *United American Healthcare Corporation's and Thomas Goss's Renewal of Their Motion to Dismiss, United American Healthcare Corporation's and Thomas Goss's Brief in Support of Renewal of Their Motion to Dismiss,* and this *Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed a copy by United States postal service to the following non-ECF participants:  **None**

I declare under penalty of perjury that the foregoing is true to the best of my information, knowledge, and belief.

s/ Brian T. Quinn<br>
Brian T. Quinn (P66272)

LANSING.463589.2